## AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the District of Columbia

**Teshome Workagegnehu**

       Plaintiff(s),

VS.

**Washington Metropolitan Transit Authority, et al.**

       Defendant(s).

Attorney: Larry G. Ward

LG Ward & Associates
217 Emerald Hill
For Washington MD 20744



*240451*

**Case Number: 1:18-cv-00526-ABJ**

Legal documents received by Same Day Process Service, Inc. on **04/11/2019** at **4:04 PM** to be served upon **Martin Van Buren at 7503 Healy Place , Upper Marlboro, MD 20772**

I, **Camille Turner**, swear and affirm that on **April 18, 2019** at **9:20 AM**, I did the following:

**Personally** Served **Martin Van Buren** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Complaint and Jury Demand; Exhibit A** at **7503 Healy Place , Upper Marlboro, MD 20772**.

**Description of Person Accepting Service:**
Sex: Male Age: 63 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Camille Turner**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:240451

District of Columbia: SS
Subscribed and Sworn to before me
this ____ day of _____ , 20__

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024