Larry G. Ward
P.O. Box 1137
2 Massachusetts Ave. NE
Washington, DC 20002

Leave to file GRANTED
*[signature]* 5/7/19
Amy B. Jackson         Date
United States District Judge
as Answer

To Mr. Larry G. Ward _Teshome Workagegnehu
I ; Mr. Martin Van Buren Reject these lies and is willing to have his day in court

Civil Action No. 18-526

Thank You

April 30, 2019

Martin VanBuren
7503 Healy Pl.
Upper Marlboro, MD 20772

*[signature: Martin Van Buren]*

RECEIVED
MAY 0 2 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Teshome Workagegnehu

*Plaintiff(s)*

v.

Washington Metropolitan Area Transit Authority, Paul J. Wiedefeld, General Manager, and Martin Van Buren

*Defendant(s)*

Civil Action No. 18-526

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Martin Van Buren
7503 Healy Place
Upper Marlboro, MD 20772-442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Larry G. Ward
P.O. Box 1137
2 Massachusetts Ave., NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/09/2019

/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

