May 23, 2019

*Leave to file granted*
*ABJ 6/10/19*

To UNITED STATES DISTRICT COURT:
CLERK OF COURT

Civil Action No. 18-526
Case 1:18-cv-00526-ABJ
Doccument 23

*FILE AS LETTER FROM DEFENDANT*

I, Martin VanBuren was hired by WMATA in August 1996 as a Bus Operator and then as a Station Manager. As an employee of WMATA, I loved assisting the Customers and achieved the Best Employee Award several times. Up until this incident, I had one of the best attendance records in the Company (never had a unexcused absence). I would like to give the truth of what happened that day March 8, 2017.
As I reported for work at the Pentagon Kiosk, I checked in to the Clerk by phone. While doing my paper work, a customer came up to the Kiosk window and ask for change for $20.00 Bill, I then replied through the intercom, that he could go over to the first machine nearest the escalator to the right, and when you put the $20 in put $1 on your Smartrip Card and it would then give you $19 change. After hearing what I said to the customer, Mr. Teshome said, he must reset that machine because WMATA wanted the people to put more money on their card to keep from using up the change supply. So, as I sat there doing my paper work, mr. Teshome came back in to the Kiosk, after attending to machine, he then proceeded to stand over top of me where as I tried to tell him that the machine has been like that since I've been there (6 months). He then told me that I was a Mother F--k-n Lie. I then said, you need to get from over top of me cursing, I then stood straight up when he pushed me away we then grabbed each other and fell to the floor, while we were on the floor tangle up I told him that we both are going to get fired if this continue, so as we both were getting up he said to me, I got you Mother F--k--, so I started hitting him across the shoulder (as the tape will shoe) There were 3 people who was there that Witness this incident (the Plaitiff Mr. Workagegnehu, Mrs. Kim Barbee Thomas, and I, Martin VanBuren). After the incident I called the Transit Police, and upon their arrival I was handcuffed before any questions were ask, while in custody of the Transit Police I asked to be taken to the hospital, but was ignored. I was taken to Va. Detention Center where I was charged with Misdemeanor Assault and Battery and released on my own recognizance. That same evening, I called the Kiosk to inqire about my belongings and was told by Station Manager Bradley that some of my belongings were taken by Transit and that Mr. Teshome was released fom the hospital and came by to pick up his tools. Well, this maybe hearsay, but as he sign out that Evening his Lawyer made him check back in the next day. This can be Verified by the records at GW Hospital. As, I prepared for my case, I was told I did not qualify for a court appointed attorney, so I had to get a $1,825.00 loan to pay for the attorney, in which I only talk to him 10 minutes in April, and didn't talk to him again until we were in court. In court Mr. Teshome Workagegnehu testified throughout 3 minutes incident between him and I that he develop a jammed finger. When it was my turn to testify I said the same thing in this statement, when I told the Judge that I was not ready, he refuse any delay. The Judge said by looking at the tape, it seems like when we go up off the floor, I kept it going on and found me guilty, and sentenced me to a week in jail. It's a sham Judge when we revert to Greed. I am 65 years old, and because of this incident I lost out on my 25 year pension and now have to depend on my Social Security.

FOR THIS CASE REQUEST A JUDGE   THANK YOU

Martin VanBuren
*Martin VanBuren*
301-502-2396

RECEIVED
Mail Room
MAY 31 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia